

# In The
# Court of Appeals
# Seventh District of Texas at Amarillo

No. 07-26-00017-CV

LESLIE ADAME, APPELLANT

V.

MILLS FAMILY LIVING TRUST; STEPHEN MILLS, APPELLEES

On Appeal from the County Court at Law No. 2
Collin County, Texas
Trial Court No. 002-05824-2025, Honorable Randy Johnson, Presiding

May 1, 2026

MEMORANDUM OPINION

Before PARKER, C.J., and DOSS and YARBROUGH, JJ.

Appellant, Leslie Adame, proceeding pro se, appeals from the trial court's judgment.[1]  Appellant's brief was originally due March 30, 2026, but was not filed.  By letter of April 6, 2026, we notified Appellant that the appeal was subject to dismissal for want of prosecution, without further notice, if a brief was not received by April 16.  To date, Appellant has neither filed a brief nor had any further communication with this Court.

---

[1] Originally appealed to the Fifth Court of Appeals, this appeal was transferred to this Court by the Texas Supreme Court pursuant to its docket equalization efforts.  See TEX. GOV'T CODE § 73.001.

Accordingly, we dismiss this appeal for want of prosecution. *See* TEX. R. APP. P.
38.8(a)(1), 42.3(b).

Per Curiam